James E. Cecchi
Michael A. Innes
CARELLA, BRYNE, CECCHI,
OLSTEIN, BRODY & ANGELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700

*Attorneys for Plaintiff Township of Medford*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 3:17-md-02779 (MAS) (TJB) |
| This Document Relates to: *Township of Medford v. FIELDTURF USA INC., et al*, Docket No. 3:17-cv-04338. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Township of Medford hereby voluntarily dismisses *Township of Medford v. FIELDTURF USA INC.*, Docket No. 3:17-cv-04338 without prejudice. This dismissal is made without waiver of Plaintiff's right to recover from or participate in any Class that is ultimately certified.

                                                       CARELLA, BYRNE, CECCHI,
                                                   OLSTEIN, BRODY & AGNELLO, P.C.
                                                        *Attorneys for Plaintiff*

Dated: March 16, 2018                  By:    /s/ James E. Cecchi
                                                                        JAMES E. CECCHI

                                                                   So Ordered this 20th day
                                                                   of March, 2018
                                                                   Hon. Michael Shipp, USDJ